# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN RAY GHOLAR, | ) | 1:16-cv-00648-LJO-BAM |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |
| DEPARTMENT OF VETERAN ADMINISTRATION AFFAIR, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff John Ray Gholar ("Plaintiff"), a prisoner proceeding *pro se*, filed this civil action on May 11, 2016. Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, Plaintiff shall either pay the $400.00 filing fee in full or file the attached *prisoner* application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **May 11, 2016** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE